# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Todd Verdone

Plaintiff

v.

State of Minnesota, et al

Defendants

Case No. Civil 00-251 ADM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice. Plaintiff's application to proceed without prepayment of fees is denied. Plaintiff is required to pay the unpaid balance of the Court filing fee.

DATE:

FRANCIS E. DOSAL, CLERK

______________________________
Victoria Moralez, Deputy Clerk